UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Estes*, 7:20cv137<br>*Hacker*, 7:20cv131<br>*Keefer*, 7:20cv104 | Case No. 3:19md2885<br><br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## EXHIBITS ORDER NO. 4

This Order addresses Defendants' objections to exhibits identified on Plaintiffs' fourth priority exhibit list submitted to the Court on April 6, 2021. The Court's rulings are set forth in the attached Exhibit 1.

**SO ORDERED**, on this 9th day of April, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**