# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| LEWIS KEEFER,<br><br>         Plaintiff,<br><br>vs.<br><br>3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC,<br><br>         Defendants. | Case No. 7:20cv104-MCR-GRJ |

## VERDICT FORM

We, the jury, in the above entitled and numbered case, unanimously find, by a preponderance of the evidence, as follows on Plaintiff Lewis Keefer's claims and 3M's affirmative defenses, based on the Court's instructions on the law and evidence:

**FILED IN OPEN COURT THIS**

4-30-2021

**CLERK, U.S. DISTRICT COURT, NORTH DIST. FLA**

Plaintiff's Claims:

(1) Strict Liability—Design Defect

 ✓ Proven ___ Not Proven

(2) Strict Liability—Failure to Warn

 ✓ Proven ___ Not Proven

(3) Negligent Design

 ✓ Proven ___ Not Proven

(4) Negligent Failure to Warn

 ✓ Proven ___ Not Proven

(5) Negligence Per Se

 ✓ Proven ___ Not Proven

(6) Fraudulent Misrepresentation

 ✓ Proven ___ Not Proven

(7) Fraudulent Concealment

 ✓ Proven ___ Not Proven

(8) Negligent Misrepresentation

 ✓ Proven ___ Not Proven

(9) Breach of Express Warranty

✓ Proven  ____ Not Proven

(10) Breach of Implied Warranty

✓ Proven  ____ Not Proven

*If you have found any claim above proven by a preponderance of the evidence, you will consider 3M's affirmative defenses. If you have not found any claim above proven, your work is complete and you should have the Foreperson sign and date the Verdict Form.*

### 3M's Affirmative Defenses:

(1) Superseding Cause

___Proven   ✓ Not Proven

(2) Avoidance of Consequences

___Proven   ✓ Not Proven

(3) Statute of Limitations

___Proven   ✓ Not Proven

*If you have found affirmative defense (1), (2), or (3) proven by a preponderance of the evidence, your verdict will be in favor of 3M on all claims.*

(4) Apportionment—Lewis Keefer

___Proven   ✓ Not Proven

(5) Apportionment—United States Army

___Proven   ✓ Not Proven

*If you have found affirmative defense (4) or (5) proven by a preponderance of the evidence, you should consider the percentage of fault that should be apportioned to that party when considering damages and reflect that on Page 5 below.*

Compensatory Damages:

If you have found in favor of Mr. Keefer on any of the above claims, what damages, if any, do you find for:

| | |
|---|---|
| Medical expenses | $ 40,000. |
| Lost earnings | $ 120,000. |
| Pain and suffering (mental and physical) | $ 160,000. |

Apportionment of Fault:

If you have found that any of the individuals or organizations listed below was negligent and thereby caused or contributed to Mr. Keefer's injuries, then it is necessary for you to determine the percentage of fault for each. If you find no fault, then you should place a "0" by that name. Your allocation of fault must equal 100%.

| | |
|---|---|
| Defendants | 100 % |
| United States Army | 0 % |
| Mr. Keefer | 0 % |

*If you awarded compensatory damages to Mr. Keefer, you should consider his claim for punitive damages. If you did not award compensatory damages, your deliberations are complete, and the foreperson should sign and date this Verdict Form.*

## Punitive Damages

__✓__ Proven, by clear and convincing evidence  ____ Not Proven

*If you found punitive damages were proven, please list the amount imposed below. If you found punitive damages were not proven, your deliberations are complete.*

$ __2,100,000.00__

*Once you have answered this question, your deliberations are complete, and the foreperson should sign and date this Verdict Form.*

SO SAY WE ALL, this __30th__ day of April, 2021

_____
Foreperson's Signature